IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD HOOKS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-5250 |
| TREVOR WINGARD, et al. | : | |

## **ORDER**

AND NOW, this  28th    day of July, 2014, upon careful and independent consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and petitioner's objections thereto, it is ordered:

1.  Petitioner's objections to the Report and Recommendation are overruled.

2. The Report and Recommendation is approved and adopted.

3.  The petition for writ of habeas corpus is  dismissed  without  an evidentiary hearing.

4. There is no basis for the issuance of a certificate of appealability.

5.  "Petitioner's Request for Reconsideration of the Denial of his Request for Transcripts" (doc. no. 19) is denied as moot in light of the dismissal of the petition for writ of habeas corpus.

BY THE COURT:


 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.